DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LAURA PIZANO DE SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00087 AWI |
| Plaintiff, | STIPULATION TO MODIFY AMOUNT OF PROPERTY BOND; PROPOSED ORDER THEREON |
| v. | |
| LAURA PIZANO DE SANCHEZ, | |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties thereto through their respective counsel that because the real estate appraisal indicates equity of $68,569.00, the amount of the property bond previously ordered should be reduced to $68,000.00, or full equity in said real property.

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/  Mark J. McKeon<br>MARK J. McKEON<br>Assistant United States Attorney<br>Counsel for Plaintiff | /s/  Ann H. Voris<br>ANN H. VORIS<br>Assistant Federal Defender<br>Counsel for Defendant |
| DATED: May 2, 2007 | DATED: May 2, 2007 |

ORDER

IT IS SO ORDERED.

Dated:  **May 8, 2007**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE