DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LAURA PIZANO DE SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00087 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| LAURA PIZANO DE SANCHEZ, | Date: December 3, 2007<br>Time: 9:00 A.M. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the status conference hearing in the above-referenced matter now set for November 13, 2007, **may be continued to December 3, 2007 at 9:00 A.M.**

This request for continuance is made by counsel for defendant to allow additional time for case investigation and preparation before hearing. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                     McGREGOR W. SCOTT
                                                     United States Attorney

DATED: November 5, 2007        By  Mark J. McKeon
                                                       MARK J. McKEON
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

                                                     DANIEL J. BRODERICK
                                                     Federal Public Defender

DATED: November 5, 2007        By  /s/ Ann H. Voris
                                                        ANN H. VORIS
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        LAURA PIZANO DE SANCHEZ

## **O R D E R**

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 8, 2007**                /s/ **Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE