1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone (559) 497-4000
5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )    CASE NO.: 1:07-cr-00087 AWI
                                    )
10              Plaintiff,          )    STIPULATION TO TAKE
                                    )    EVIDENTIARY HEARING ON MOTIONS
11      v.                          )    OFF CALENDAR AND SET STATUS
                                    )    CONFERENCE; ORDER
12 LAURA PIZANO DE SANCHEZ,         )
   aka Laura Mendoza Pizano         )
13                                  )    DATE: June 1, 2009
                Defendant.          )    TIME: 9:00 a.m.
14                                  )    CTRM: Hon. Anthony W. Ishii
   _____)
15

16      **IT IS HEREBY STIPULATED** by and between the parties hereto

17 through their respective counsel, that the evidentiary hearing in

18 the above-referenced matter now set for April 14, 2009, be taken

19 off calendar.

20      This continuance is jointly requested by counsel for the

21 government and the defendant to allow for the completion of plea

22 negotiations and the resolution of this case.  The parties also

23 ask that the court schedule a further status conference on **June 1,**

24 **2009, at 9:00 a.m.**

25      The parties agree that the delay resulting from the

26 continuance shall be excluded as necessary for effective defense

27 preparation and plea negotiations and case resolution, pursuant to

28 18 U.S.C. § 3161(h)(8)(B)(iv); and because of the pendency of

                                    1

1 pretrial motions, pursuant to 18 U.S.C. § 3161(h)(1)(F).  For

2 these reasons, the ends of justice will be served by taking the

3 case off calendar and would outweigh the interests of the public

4 and the defendant in a speedy trial.

5                                      McGREGOR W. SCOTT
                                       United States Attorney
6

7 DATED: _____        By    /s Mark J. McKeon
                                      MARK J. McKEON
8                                     Assistant U.S. Attorney

9

10 DATED: _____             /s/ Ann H. Voris
                                      ANN H. VORIS
11                                    Attorney for Defendant

12

13                           **ORDER**

14 IT IS SO ORDERED.

15 **Dated:    April 3, 2009**               **/s/ Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28