```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone (559) 497-4000
 5
 6           IN THE UNITED STATES DISTRICT COURT FOR THE
 7                   EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    )  CASE NO.: 1:07-cr-00087 AWI
                                 )
10           Plaintiff,          )  REVISED STIPULATION TO
                                 )  CONTINUE DATE OF SENTENCING;
11      v.                       )  ORDER
                                 )
12  LAURA PIZANO DE SANCHEZ,     )
    aka Laura Mendoza Pizano     )
13                               )
             Defendant.          )
14                               )
                                 )
15
16      IT IS HEREBY STIPULATED by and between the parties hereto
17  through their respective counsel, that because counsel for the
18  government is not available on August 17, 2009, sentencing shall
19  be continued until August 31, 2009, at 9:00 a.m.
20                                  LAWRENCE G. BROWN
                                    United States Attorney
21
22  DATED: June 3, 2009    By    /s Mark J. McKeon
                                 MARK J. McKEON
23                               Assistant U.S. Attorney
24
25  DATED: June 3, 2009          /s/ Ann H. Voris
                                 ANN H. VORIS
26                               Attorney for Defendant
27
28

                                 1
```

**ORDER**

IT IS SO ORDERED.

**Dated:   June 4, 2009**                              /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE